1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff, Natividad Gutierrez

6  Peter M. Downey, SBN 145828
   DOWNEY DAY
7  74040 Highway 111, Suite L
8  Palm Desert, California  92260
   Telephone:  (760) 340-4310
9  Facsimile:  (760) 862-1253

10 Attorneys for Defendants, Gurdip Singh, Kuldip Singh and Jasbir Singh, dba Dorsey's Liquor

11

12                        THE UNITED STATES DISTRICT COURT

13                       FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 NATIVIDAD GUTIERREZ,            )   Case No.: 1:11-CV-01704-SMS
                                   )
16         Plaintiff,              )   **STIPULATION TO CONTINUE**
                                   )   **MANDATORY SCHEDULING**
17    vs.                          )   **CONFERENCE;**
                                   )
18 GURDIP SINGH, et al.,           )
                                   )   **ORDER**
19         Defendants.             )   (Doc. 18)
                                   )
20                                 )
                                   )
21 _____ )

22         **WHEREAS**, the Court continued the initial scheduling conference in this matter which
23 was held on January 18, 2012 to March 20, 2012 in order to afford the Plaintiff Natividad
24 Gutierrez ("Plaintiff") and Defendants Gurdip Singh, Kuldip Singh and Jasbir Singh dba
25 Dorsey's Liquor ("Defendants," and together with Plaintiff, the "Parties") the opportunity to
26 conduct a site inspection of the subject property with an accessibility consultant;
27         **WHEREAS**, due to the schedules of the Parties and the accessibility consultant, the
28 inspection did not take place until March 7, 2012;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for March 20, 2012 and a scheduling report is accordingly due on March 13, 2012 which will not provide the parties enough time to receive, review and discuss the consultant's findings and meaningfully explore settlement;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorney fees and costs;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after April 20, 2012 in order to allow the parties time to review the results of the site inspection and subsequently explore settlement.

Dated: March 14, 2012                MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore,
Attorneys for Plaintiff Natividad Gutierrez

DOWNEY DAY


/s/ Peter M. Downey
Peter M. Downey,
Attorneys for Defendants Gurdip Singh, Kuldip Singh and Jasbir Singh dba Dorsey's Liquor

## ORDER

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the Mandatory [Telephonic] Scheduling Conference is CONTINUED from March 20, 2012 at 9:30 a.m. before Judge Snyder to May 2, 2012 at 9:30 a.m. before Judge Snyder.  A Joint Scheduling Report shall be due by April 24, 2012.


IT IS SO ORDERED.

Dated:   **March 14, 2012**                **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28