K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>   Plaintiff,<br><br>vs.<br><br>GURDIP SINGH, et al.,<br><br>   Defendants. | No. 1:11-cv-01704-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER**<br>(Doc. 24)<br><br>**ORDER VACATING ALL DATES AND/OR DEADLINES**<br>(Doc. 23)<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Gurdip Singh, Kuldip Singh and Jasbir Singh dba Dorsey's Liquor ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 17, 2012                            MOORE LAW FIRM, P.C.


                                               /s/Tanya E. Moore
                                               Tanya E. Moore
                                               Attorney for Plaintiff Natividad Gutierrez

Date: July 17, 2012                                DOWNEY DAY

                        /s/ Peter M. Downey
                        Peter M. Downey
                        Attorneys for Defendants Gurdip Singh,
                        Kuldip Singh and Jasbir Singh dba
                        Dorsey's Liquor

## **ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that:

1. All pending dates and/or deadlines are VACATED (Doc. 23), including the Settlement Conference set 10/17/12 @ 10:30 a.m. before Judge Snyder, the Pre-Trial Conference set 8/7/13 @ 10:30am before Judge Snyder, and the Jury Trial set 9/16/13 @ 9:00 a.m. before Judge Snyder.
2. This action is DISMISSED with prejudice in its entirety.
3. The Clerk of Court administratively CLOSE this case.

IT IS SO ORDERED.

Dated:   **July 17, 2012**                    **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE